**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7030**

WRITER'S EMAIL ADDRESS
**dennishranitzky@quinnemanuel.com**

August 23, 2021

**VIA ECF**

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re: *Beauregarde Holdings, LLP, et al. v. The Province of La Rioja*, 21-CV-3574 (VSB)
Letter Regarding Correction in ECF 32 Proposed Order

Dear Judge Broderick:

Quinn Emanuel Urquhart & Sullivan, LLP is counsel to Plaintiffs Beauregarde Holdings LLP, Beauregarde Holdings II LLP, Sandglass Opportunity Fund LP, Sandglass Petrus Opportunity Fund LP, and Sandglass Select Fund LP (the "**Moving Plaintiffs**") in the above-captioned action.

We submit this letter to correct a mistake in a Proposed Order (ECF 32) filed by the Moving Plaintiffs. The mistake was brought to our attention by the Province of La Rioja's August 20, 2021 sur-reply in opposition to motion for summary judgment.

The Proposed Order sets out on page two, ¶ 6 that "The post judgment interest rate will be set at 9% *per annum*, the interest rate mandated under N.Y. C.P.L.R. § 5004" The Proposed Order's statement should be amended to read: "The post judgment interest rate will be set at the rate mandated under 28 U.S.C. § 1961."

We regret the error and the Moving Plaintiffs are prepared to submit a corrected proposed order at the direction of the Court. The Moving Plaintiffs are also prepared to further address issued raised by the Province's sur-reply at the direction of the Court.

**quinn emanuel urquhart & sullivan, llp**
AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted

Dennis Hranitzky