UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                                                            :

BEAUREGARDE HOLDINGS LLP, et al.,          :
                                                                                             :          21-cv-03574 (VSB)

                  Plaintiffs,                            :
             v.                                            :
                                                             :          **[PROPOSED] CASE**
THE PROVINCE OF LA RIOJA,                    :          **MANAGEMENT PLAN AND**
                                                             :          **SCHEDULING ORDER**
                  Defendant.                         :
------------------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2. The parties have engaged in settlement discussions, which remain ongoing.

3. This case is not to be tried to a jury.

4. Except as provided by Rule 15 of the Federal Rules of Civil Procedure, no additional parties may be joined without leave of the Court.

5. Except as provided by Rule 15 of the Federal Rules of Civil Procedure, no additional causes of action or defenses may be asserted after without leave of the Court.

6. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than fourteen (14) days from the date of this Order.

7. All fact discovery shall be completed no later than January 10, 2022.

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil

Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

    a.    Initial requests for production shall be served by October 8, 2021.

    b.    Interrogatories shall be served by November 5, 2021.

    c.    Depositions shall be completed by December 10, 2021.

        i.  Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for production.

        ii.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    d.    Requests for admissions shall be served no later than November 5, 2021.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by February 11, 2022.

10. All discovery shall be completed no later than February 11, 2022.

11. The Court will conduct a post-discovery conference on _____ at _____. No later than two weeks in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due 30 days from the close of discovery, or if any dispositive motion is filed after the close of discovery, 30 days from the Court's decision on such motion. This case shall be trial ready 60 days from the close of discovery or from the Court's decision on any dispositive motion filed after the close of discovery.

3

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

   a. _____ Referral to a Magistrate Judge for settlement discussions.

   b. _____ Referral to the Southern District's Mediation Program.

   c. _____ Retention of a private mediator.

   The use of any alternative dispute resolution mechanism does not stay or modify any date in this order.

14. The parties have conferred and their present best estimate of the length of trial is 2 days.

SO ORDERED.

Dated: _____
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge