# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA

BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY P. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI

KATHERINE R. REAVES
RAHUL MUKHI
ELENA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 (212) 225 2508
cboccuzzi@cgsh.com

August 25, 2021

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 8/25/2021

The parties are directed to submit a status
update on or before September 30, 2021

BY ECF
The Honorable Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square - Room 518
New York, New York 10007

Re: *Beauregarde Holdings, LLP, et al., v. The Province of La Rioja*, No. 21 Civ. 3574 (VSB)

Dear Judge Broderick:

This firm represents the Province of La Rioja (the "Province") in the above-captioned case. I write with the consent of plaintiffs to inform the Court that the parties have reached an agreement in principle on restructuring terms that will, *inter alia*, resolve the claims in this litigation. We accordingly respectfully request that the Court stay any further proceedings in this matter—including consideration of the motion for summary judgment (ECF No. 17) that is currently pending and the deadlines set forth in the Case Management Plan (ECF No. 24)—until further notice from the parties. This is the first request for an adjournment in this matter.

We will endeavor to inform the Court of any further developments impacting the claims in this case and would propose to submit a status report on or before September 30, 2021.

Respectfully submitted,

*[signature]*

Carmine D. Boccuzzi, Jr.

cc: Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                   :

BEAUREGARDE  HOLDINGS LLP, et al.,     :

                       :       21-cv-03574 (VSB)

             Plaintiffs,    :

     v.                 :

                       :      **[PROPOSED] CASE**

THE PROVINCE OF LA RIOJA,       :      **MANAGEMENT  PLAN AND**

                       :      **SCHEDULING  ORDER**

            Defendant.

-------------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following  Case Management Plan and Scheduling  Order:

1.     All parties do not consent to conducting  all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2.     The parties have engaged in settlement discussions,  which remain ongoing.

3.     This case is not to be tried to a jury.

4.     Except as provided by Rule 15 of the Federal Rules of Civil Procedure, no additional parties may be joined  without  leave of the Court.

5.     Except as provided by Rule 15 of the Federal Rules of Civil Procedure, no additional causes of action or defenses may be asserted after without  leave of the Court.

6.     Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil  Procedure shall be completed no later than fourteen (14) days from the date of this Order.

7.     All fact discovery shall be completed no later than January 10, 2022.

8.     The parties are to conduct discovery in accordance with the Federal Rules of Civil

Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

 a.  Initial requests for production shall be served by October 8, 2021.

 b.  Interrogatories shall be served by November 5, 2021.

 c.  Depositions shall be completed by December 10, 2021.

   i. Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for production.

   ii. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

 d.  Requests for admissions shall be served no later than November 5, 2021.

9.  All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by February 11, 2022.

10.  All discovery shall be completed no later than February 11, 2022.

11.  The Court will conduct a post-discovery conference on_____at _____. No later than two weeks in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

12.  Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due 30 days from the close of discovery, or if any dispositive motion is filed after the close of discovery, 30 days from the Court's decision on such motion. This case shall be trial ready 60 days from the close of discovery or from the Court's decision on any dispositive motion filed after the close of discovery.

13.     Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a.    _____ Referral to a Magistrate Judge for settlement discussions.

    b.    _____ Referral to the Southern District's Mediation Program.

    c.    _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this order.

14.     The parties have conferred and their present best estimate of the length of trial is 2 days.

SO ORDERED.

Dated: _____
       New York, New York

                                          _____
                                          Vernon S. Broderick
                                          United States District Judge