## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7030**

WRITER'S EMAIL ADDRESS
dennishranitzky@quinnemanuel.com

September 30, 2021

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   10/1/2021

**BY ECF**

The Honorable Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square – Room 518
New York, New York 10007

Re:   *Beauregarde Holdings, LLP, et al., v. The Province of La Rioja*, No. 21 Civ. 3574 (VSB)

Dear Judge Broderick:

We are counsel to all parties in the above-referenced action. In accordance with the August 25, 2021 Order granting a stay of proceedings (ECF 38), we write jointly to inform the Court that the parties expect to be in a position to dismiss the above-captioned case very shortly.

As we advised Your Honor in a joint submission dated August 25, 2021 (ECF 37), the parties reached an agreement on a restructuring that will, among other things, render moot the claims raised in this action. On September 22, 2021, The Province of La Rioja announced that it received the required consents for the agreed restructuring and is now in the process of completing auxiliary matters related to the transaction, a process that will take several more days.

We accordingly respectfully request a continuance of the stay currently in place until further notice from the parties. This is the parties' first request for a continuance of the stay in this matter.

The parties propose to submit a further status report on or before October 14, 2021, in the unlikely event that the restructuring transaction has not been completed and the case dismissed before that date.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Dennis H. Hranitzky* <br> Dennis H. Hranitzky <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Tel: (212) 849-7000 <br> dennishranitzky@quinnemanuel.com <br><br> *Counsel for Plaintiffs Beauregarde Holdings LLP, Beauregarde Holdings II LLP, Sandglass Opportunity Fund LP, Sandglass Petrus Opportunity Fund LP, and Sandglass Select Fund LP* | */s/ Glenn M. Kurtz* <br> Glenn M. Kurtz <br> WHITE & CASE, LLP <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Tel: (212) 819-8200 <br> gkurtz@whitecase.com <br><br> *Counsel for Plaintiffs Crown Managed Accounts SPC-Crown/GT Segregated Portfolio, GN3 SIP Limited, Goldentree Co-Invest Master Fund II Ltd., Goldentree Credit Opportunities Master Fund Ltd., Goldentree Emerging Markets Master Fund ICAV, Goldentree Insurance Fund Series Interests of the Sali Multi-Series Fund, L.P., Goldentree Master Fund, Ltd., Goldentree Multi Sector-C LP, Goldentree V1 Master Fund, L.P., GT NM, L.P., GTAM 110 Designated Activity Company, Guadalupe Fund, LP, High Yield and Bank Loan Series Trust, and MA Multi-Sector Opportunistic Fund, LP* | */s/ Carmine D. Bocuzzi, Jr.* <br> Carmine D. Boccuzzi, Jr. <br> CLEARY GOTTLIEB STEEN & HAMILTON, LLP <br> One Liberty Plaza <br> New York, New York 10006 <br> Tel: (212) 225-2000 <br> cboccuzzi@cgsh.com <br><br> *Counsel for Defendant The Province of La Rioja* |