UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAUREGARDE HOLDINGS LLP, BEAUREGARDE HOLDINGS II LLP, CROWN MANAGED ACCOUNTS SPC - CROWN/GT SEGREGATED PORTFOLIO, GN3 SIP LIMITED, GOLDENTREE CO-INVEST MASTER FUND II LTD., GOLDENTREE CREDIT OPPORTUNITIES MASTER FUND LTD., GOLDENTREE EMERGING MARKETS MASTER FUND ICAV, GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P., GOLDENTREE MASTER FUND, LTD., GOLDENTREE MULTI SECTOR-C LP, GOLDENTREE V1 MASTER FUND, L.P., GT NM, L.P., GTAM 110 DESIGNATED ACTIVITY COMPANY, GUADALUPE FUND, LP, HIGH YIELD AND BANK LOAN SERIES TRUST, MA MULTI-SECTOR OPPORTUNISTIC FUND, LP, SANDGLASS OPPORTUNITY FUND LP, SANDGLASS PETRUS OPPORTUNITY FUND LP, and SANDGLASS SELECT FUND LP,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROVINCE OF LA RIOJA,<br><br>Defendant. | No. 1:21-cv-03574-VSB |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on April 22, 2021 Plaintiffs Beauregarde Holdings LLP, Beauregarde Holdings II LLP, Sandglass Opportunity Fund LP, Sandglass Petrus Opportunity Fund LP, and Sandglass Select Fund LP, by their attorneys Quinn Emanuel Urquhart & Sullivan, LLP (the "Quinn Emanuel Plaintiffs"), and plaintiffs Crown Managed Accounts SPC-Crown/GT Segregated Portfolio, GN3 SIP Limited, Goldentree Co-Invest Master Fund II Ltd., Goldentree Credit

Opportunities Master Fund Ltd., Goldentree Emerging Markets Master Fund ICAV, Goldentree Insurance Fund Series Interests of the Sali Multi Series Fund, L.P., Goldentree Master Fund, LTD., Goldentree Multi Sector-C LP, Goldentree V1 Master Fund, L.P., GT NM, L.P., GTAM 110 Designated Activity Company, Guadalupe Fund, LP, High Yield and Bank Loan Series Trust, and MA Multi-Sector Opportunistic Fund, LP, by their attorneys White & Case LLP (the "White & Case Plaintiffs") (together with the Quinn Emanuel Plaintiffs, "Plaintiffs"), filed a Complaint against the Province of La Rioja (the "Province") based on Plaintiffs' ownership of beneficial interests in Province-issued bonds (the "Bonds");

WHEREAS, Plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Province in the Province's September 2021 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, Plaintiffs, by their respective attorneys, and the Province, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs' claims are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs;

2.      This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

Dated:  New York, New York
        October 5, 2021

WHITE & CASE LLP

By: /s/ Glenn M. Kurtz
    Glenn M. Kurtz
    Joshua D. Weedman
    Camille Shepherd
    1221 Avenue of the Americas
    New York, New York 10020
    (212) 819-8200
    gkurtz@whitecase.com
    jweedman@whitecase.com
    camille.shepherd@whitecase.com

*Attorneys for the White & Case Plaintiffs*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

By: /s/ CB
    Carmine D. Boccuzzi, Jr.
    Rathna J. Ramamurthi
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000
    cboccuzzi@cgsh.com
    rramamurthi@cgsh.com

*Attorneys for the Province of La Rioja*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/
    Dennis H. Hranitzky
    Debra Dubritz O'Gorman
    Laura Santos-Bishop
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7030
    dennishranitzky@quinnemanuel.com
    debraogorman@quinnemanuel.com
    laurasantos@quinnemanuel.com

*Attorneys for the Quinn Emanuel Plaintiffs*

SO ORDERED:   The clerk of court is respectfully directed to close this case.

/s/ Vernon Broderick
Vernon S. Broderick  10/6/2021
United States District Judge